1  LAURA E. DUFFY
   United States Attorney
2  LEAH R. BUSSELL
   Assistant U.S. Attorney
3  California State Bar No. 141400
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 546-6727
   E-mail: leah.bussell@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,           )  Case No. **'12CV1303 IEG   DHB**
                                       )
11                 Plaintiff,          )  COMPLAINT FOR FORFEITURE
                                       )
12         v.                          )
                                       )
13 ONE SIG SAUER (SIG-ARMS) SP2022 PISTOL )
   CAL:40 SN: 24B096322,               )
14                                     )
   ONE SIG SAUER (SIG-ARMS) SP2022 PISTOL )
15 CAL:40 SN: 24B096339,               )
                                       )
16 ONE STOEGER COUGAR 8040F PISTOL     )
   CAL:40 SN: T642908D023108,          )
17                                     )
   ONE RUGER MARK III PISTOL           )
18 CAL: 22 SN: 22777632,               )
                                       )
19 ONE TAURUS S121280 SHOTGUN          )
   CAL:12 SN: SR213782,                )
20                                     )
   ONE TAURUS S121280 SHOTGUN          )
21 CAL: 12 SN: SR217793,               )
                                       )
22 ONE TAURUS S121280 SHOTGUN          )
   CAL: 12 SN: SR217794,               )
23                                     )
                   Defendants.         )
24 _____ )

25         By way of complaint against the defendants, One Sig Sauer (Sig-Arms) SB2022 Pistol Cal:40

26 SN: 24B096322, One Sig Sauer (Sig-Arms) SP2022 Pistol Cal:40 SN: 24B096339, One Stoeger Cougar

27 8040F Pistol Cal:40 SN: T642908D023108, One Ruger Mark III Pistol Cal: 22 SN: 22777632, One

28 Taurus S121280 Shotgun Cal:12 SN:SR213782 One Taurus S121280 Shotgun Cal: 12 SN: SR217793,

   USAO2012v00264:LRB/tlr

One Taurus S121280 Shotgun Cal: 12 SN: SR217794 ("defendant firearms"), the United States of America alleges:

1. This Court has jurisdiction over this action by virtue of the provisions of 28 U.S.C. §§ 1345 and 1355, 18 U.S.C. § 924(d), and 18 U.S.C. §§ 922(a)(3) and (a)(6).

2. Venue is proper in this district pursuant to 28 U.S.C. § 1395 and 26 U.S.C. § 7323, because the defendant firearms were found within this district.

3. On or about November, 2008, December 2008, November 2011, and again in December 2011, Anthony Clyde Stiff provided false information in blocks 2 and 13 of the Firearm Transaction Records, Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") Form 4473, indicating for each transaction that he was a resident of the state of Arizona, residing at an address on S. Avenue 3E, Yuma, Arizona.

4. At all times relevant hereto, Mr. Stiff did not reside in the state of Arizona and was actually a resident of the State of California, residing on Oak Avenue in Holtville, California.

5. In order to purchase the firearms in the state of Arizona, Mr. Stiff used an Arizona ID card number D06516367 and completed an ATF Form 4473 for the purchase of the firearms stating that he resided at 3725 South Avenue 3E, Yuma, Arizona.

6. When asked by ATF Special Agent Steven C. McKenna, Mr. Stiff stated that he used the Arizona ID card and address in order to obtain the defendant firearms from firearm dealers in Arizona.

7. Mr. Stiff purchased and took possession of each of the defendant firearms in the State of Arizona. All the defendant firearms were recovered in the State of California at Mr. Stiff's residence in Holtville, California.

8. Based upon records of the Imperial County Recorder and Assessor's office, Mr. Stiff has maintained his residence in Holtville during all times relevant hereto and paid taxes and assessments at a homeowner's rate based upon his claim of the Holtville residence as his home.

9. Based on documentation from the Employment Development Department (EDD), Mr. Stiff is employed in the state of California at Mike Sudduth Farms, Inc.

10. Mr. Stiff has been a registered voter in the state of California since February 26, 1996.

//

1  11. Based on California state tax records for the years 2008-2011, Mr. Stiff has filed income taxes in the state of California as a California resident.

2  12. Based upon the facts set out above, the defendant firearms were involved in and used in a knowing violation of 18 U.S.C. §§ 922 (a)(3) and (a)(6), and are subject to forfeiture to the United States pursuant to 18 U.S.C. § 924(d).

3  13. The defendant firearms are presently stored within the jurisdiction of this Court, in the custody of ATF, where it will remain subject to the Court's jurisdiction during the pendency of this action.

WHEREFORE, the United States prays that due process issue to enforce the forfeiture of the defendant firearms and that due notice be given to all interested parties to appear and show cause why forfeiture should not be declared.

DATED: May 30, 2012

LAURA E. DUFFY
United States Attorney

s/Leah R. Bussell

LEAH R. BUSSELL
Assistant U.S. Attorney

Attorneys for Plaintiff
United States of America

## VERIFICATION

I, Steven C. McKenna, state and declare as follows:

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and I am the case agent assigned to this case.

2. I have read the foregoing complaint and know its contents.

3. The facts set forth in the complaint are based upon my own knowledge or were facts furnished to me by official Government sources.

Based on this information, I believe the allegations in the complaint to be true.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge and belief.

Executed on MAY 30, 2012

STEVEN C. MCKENNA, Special Agent
Bureau of Alcohol, Tobacco, Firearms
and Explosives

⍟JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
United States of America

## DEFENDANTS
One Sig Sauer (Sig-Arms) SP2022 Pistol, CAL: 40
SN: 24B096322, et al.¢¢

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
AUSA Leah R. Bussell, Phone: (619) 546-6727
USAO 880 Front Street, Room 6293, San Diego, CA 92101-8893

Attorneys (If Known)

**'12CV1303 IEG DHB**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [X] 1  U.S. Government Plaintiff
- [ ] 2  U.S. Government Defendant
- [ ] 3  Federal Question (U.S. Government Not a Party)
- [ ] 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☒ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- [X] 1  Original Proceeding
- [ ] 2  Removed from State Court
- [ ] 3  Remanded from Appellate Court
- [ ] 4  Reinstated or Reopened
- [ ] 5  Transferred from another district (specify)
- [ ] 6  Multidistrict Litigation
- [ ] 7  Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Ağ ΚΗ FΑ¢¦⁀¤ӕ¦^Aǵ \ @Ð

Brief description of cause:
Willful receipt of a firearm out of state by an unlicensed person and false statements in connection

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: 05/30/2012
SIGNATURE OF ATTORNEY OF RECORD: s/Leah R. Bussell

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____